In the Matter of DARRYL R., a Person Alleged to be a Juvenile Delinquent.—

Concur — Capozzoli, J. P., McGivern, Markewich, McNally and Tilzer, JJ.

(November 5, 1970)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DMYTRO DIDCHENKO, Appellant.—

No opinion. Concur — McGivern, J. P., Markewich, Steuer and Tilzer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EARL MARTIN, Appellant.—

Concur — Eager, J. P., Capozzoli, McGivern and Markewich, JJ.